UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTOR ZANAZZI, on behalf of himself
and those similarly situated,

    Plaintiff,

v.                                                                         CASE NO.  8:18-cv-2924-T-02JSS

THE FOUNTAIN GROUP LLC,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for *In Camera* Review of Settlement Agreements, to Approve Settlements and for Dismissal with Prejudice (Dkt. 31) is **granted**.  The Court specifically approves the settlement agreements of Victor Zanazzi and Andrew Williams provided to this Court *in camera*.  This case is dismissed with prejudice.  The Clerk is directed to terminate any pending motions and/or deadlines and to **CLOSE** this case.

    **DONE AND ORDERED** at Tampa, Florida, on June 13, 2019.

                                                            s/*William F. Jung*
                                                            **WILLIAM F. JUNG
                                                            UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record